AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF __**DELAWARE**_____

| | |
|---|---|
| CAITLIN SMITH, )<br>)<br>     Plaintiff, )<br>)<br>v.           )<br>)<br>LVNV FUNDING, LLC, )<br>)<br>     Defendant. ) | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 07-437 |

TO:   LVNV Funding, LLC
      The Corporation Trust Company
      Corporation Trust Center
      1209 Orange Street
      Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Matthew M. Carucci, Attorney at Law
521 West Street
Wilmington, DE 19801
302.654.5083

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                          JUL 1 2 2007
_____              _____
CLERK                                                             DATE

_[signature]_
_____
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/12/07 |
| NAME OF SERVER (PRINT) John Durandetta | TITLE (Messenger) Special process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served LVNV Funding, LLC by serving its registered agent, The Corporation Trust Company at 1209 Orange Street, Wilmington, DE 19801 at 3:45pm. Person accepting service: Scott LaScala

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/12/07
            Date            Signature of Server: Jonathan Durandetta

Address of Server
230 N. Market St.
Wilmington, DE 19801

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure