IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Caitlin Smith,<br>    Plaintiff,<br>v.<br>LVNV Funding, LLC,<br>    Defendant. | Case No. 1:07-cv-437 |

**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL**

PLEASE TAKE NOTICE that the above-captioned parties previously reached a full and final settlement agreement in this matter.

To that end, Plaintiff respectfully requests that the Court enter an order dismissing the above-captioned action, with prejudice. The parties will bear their own legal costs and expenses.

Thank you.

_____
Matthew M. Carucci, Esq. (ID 4529)
521 West Street
Wilmington, DE 19801
P: 302.654.5083
F: 302.654.5084
mcarucci@mmclegal.com
*Attorney for Plaintiff*

SO ORDERED this ___ day of _____, 2008.

_____
The Honorable Gregory M. Sleet